IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

UNITED STATES OF AMERICA        )
                                )
        v.                      )        CR 316-001
                                )
DION LEE MACKEY                 )
REGINALD HARRELL                )
                        _____

**O R D E R**
                        _____

The above-captioned Defendants are before the Court charged with crimes related to theft, possession, and sale of firearms.  (See doc. no. 1.)  The Court presumes the liberal discovery policy that the government has confirmed it is applying in this case has resulted in the resolution of all discovery issues.  Indeed, neither Defendant alleges any specific inadequacies in the discovery provided by the government to date, and the government states it has furnished Defendants with all agency reports, the indicting and investigative grand jury transcript, and copies of all audio and video material.  (Doc. no. 72, p. 1.)  Defendants' post-arrest statements have also been provided.  (Id. at 2.)  To the extent, if any, a party believes there are specific inadequacies in the discovery exchanged to date that have not been addressed, the Court directs such party to confer in good faith with the opposing party and file, if necessary, a discovery motion and supporting brief within seven days from the date of this Order.

As to the discovery motion filed by the government, it seeks reciprocal discovery from each Defendant under Rule 16(b) of the Federal Rules of Criminal Procedure, including a written summary of any evidence either Defendant intends to offer under Fed. R. Evid. 702, 703, or 705. In light of the government's willingness to provide liberal discovery and the unopposed nature of the request, the Court **GRANTS** this motion, (doc. no. 71), and any information not yet furnished shall be provided to the government no later than fourteen days prior to trial. To the extent the government requests a pre-emptive order excluding any evidence or witness testimony not disclosed in accordance with this ruling, the Court defers all rulings on the admissibility of evidence at trial to the presiding District Judge.

SO ORDERED this 19th day of May, 2016, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA